**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-4757**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EFFAT NAJARZADEH,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CR-99-138-A)

---

Submitted: March 14, 2000          Decided: August 23, 2000

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Matthew Alan Wartel, Alexandria, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Orin S. Kerr, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Effat Najarzadeh appeals from her jury conviction of immigration fraud in violation of 18 U.S.C.A. § 1546(a) (West Supp. 1999). We affirm.

Najarzadeh argues that the district court denied her the constitutional right to present a defense when it excluded her proffered evidence as to abuse she suffered in Iran and as to her experiences in Canada. She further contends that the court abused its discretion when it excluded her polygraph examination report. See United States v. Ruhe, 191 F.3d 376, 387 (4th Cir. 1999). We find that the court acted within its discretion in excluding the evidence. See Montana v. Egelhoff, 518 U.S. 37, 41 (1996); Taylor v. Illinois, 484 U.S. 400, 408 (1988).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED